**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| BARROSO, INC. dba GUAJILLO MEXICAN CUISINE<br><br>Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY<br><br>and<br><br>COMMONWEALTH OF VIRGINIA<br><br>Defendants. | ) | Civil Action No. 1:20-cv-632 |

**DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant Twin City Fire Insurance Company ("Twin City") submits this notice to advise the Court of the following recent supplemental authority in support of Twin City's pending Motion for Summary Judgment and In Opposition to Plaintiff's Motion for Partial Summary Judgment (Dkt. 22):

- *Franklin EWC, Inc. v. Hartford Fin. Servs. Grp., Inc.*, No. 20-cv-04434 JSC, 2020 WL 5642483 (N.D. Cal. Sept. 22, 2020) (granting Sentinel Insurance Company's motion to dismiss lawsuit seeking coverage for COVID-related losses because "the Virus Exclusion applies under its plain and unambiguous language," and further ruling that there was no coverage under the policy's Civil Authority provision because the closure orders at issue were not a Covered Cause of Loss).

- *Infinity Exhibits, Inc. v. Certain Underwriters at Lloyd's London Known as Syndicate PEM 4000 et al.*, No. 8:20-CV-1605-T-30AEP, 2020 WL 5791583, at *3 (M.D. Fla. Sept. 28, 2020) (granting an insurer's motion to dismiss lawsuit seeking recovery for COVID-related economic losses because "Florida law and the plain language of the Policies reflect that actual, concrete damage is necessary.").

- *Oral Surgeons, P.C. v. Cincinnati Ins. Co.,* No. 4:20-cv-00222-CRW-SBJ (S.D. Iowa Sept. 29, 2020) (granting insurer's motion to dismiss lawsuit seeking coverage for losses related to COVID-19, as "[r]ecent cases cited by Cincinnati have held that virus-related closures of business do not amount to direct loss to property covered by the Cincinnati policy of insurance.").

- *It's Nice, Inc. v. State Farm Fire and Casualty Co.*, No. 20-L-547 (Ill. Cir. Ct. Sept. 29, 2020) (granting motion to dismiss lawsuit seeking coverage for COVID-19-related losses because there was no physical alteration or structural degradation of the property).

- *Rhonda Hill Wilson, et al. v. Hartford Casualty Co.*, No. 20-3384, 2020 WL 5820800 (E.D. Pa. Sept. 30, 2020) (granting Hartford Casualty Company's motion to dismiss lawsuit claiming coverage for COVID-19-related losses because the Virus Exclusion barred coverage, the Virus Exclusion precluded Civil Authority Coverage, and the Virus Exclusion's anti-concurrent causation clause precluded coverage even if government closure orders were considered to be a separate cause of loss).

These decisions are attached hereto as Exhibits A-E.

Dated this 2nd day of October, 2020. Respectfully submitted,

By: /s/ Sarah D. Gordon

Sarah D. Gordon, Esq. (Va. Bar 72981)
Frank Winston Jr., Esq. (Va. Bar 26433)
Andrew J. Sloniewsky, Esq. (Va. Bar 41108)
Alexandra R. Galdos, Esq. (Va. Bar 92242)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
sgordon@steptoe.com
fwinston@steptoe.com
asloniewsky@steptoe.com
agaldos@steptoe.com

*Attorneys for Defendant Twin City Fire*

*Insurance Company*

**CERTIFICATE OF SERVICE**

On the date given below, I caused the foregoing to be served on the following individual via ECF:

Christopher L. Lafon, Esq. (Va. Bar 45552)
The Veritas Law Firm
1225 19th Street, NW, Suite 320
Washington, DC 20036
Phone: (202) 686-7600
clafon@theveritaslawfirm.com

*Counsel for Plaintiff Barroso, Inc.*
*dba Guajillo Mexican Cuisine*

Dated this 2nd day of October, 2020.

/s/ Sarah D. Gordon