IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| BARROSO, INC. dba <br> GUAJILLO MEXICAN CUISINE <br><br> Plaintiff, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE COMPANY <br><br> and <br><br> COMMONWEALTH OF VIRGINIA <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:20-cv-632 |

**DEFENDANT TWIN CITY FIRE INSURANCE
COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND IN
<u>OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Defendant Twin City Fire Insurance Company ("Twin City") submits this notice to advise the Court of the recent decision of the United States Judicial Panel on Multidistrict Litigation ("JPML") with regard to Twin City's pending Motion for Summary Judgment and In Opposition to Plaintiff's Motion for Partial Summary Judgment (Dkt. 22). The Court previously set a hearing for Plaintiff's Motion for Partial Summary Judgment (Dkt. 17) and Twin City's Motion for Summary Judgment (Dkt. 22) for September 29, 2020. On September 23, 2020, the Court cancelled that hearing due to, *inter alia*, "the pendency of this matter before the United States Judicial Panel on Multidistrict Litigation" (Dkt. 27).

On October 2, 2020, the JPML declined to transfer all COVID-19 insurance coverage actions against various Hartford insurer-defendants (including Twin City) into a single Hartford-specific MDL.  *See* Ex. A.  The JPML concluded that, "centralization of the Hartford actions w[ould] not serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation." *Id.* at 2.  Accordingly, this action will not be centralized in an MDL.

In addition, following the briefing on Twin City's pending Motion for Summary Judgment (*see* Dkts. 22-23, 26) and prior Supplemental Notice of Authority (*see* Dkt. 29), there have been two subsequent decisions supporting Twin City's Motion for Summary Judgment:

- *Mark's Engine Company No. 28 Restaurant, LLC v. The Travelers Indemnity Company of Connecticut, et al.*, No. 2:20-cv-04423-AB-SK (C.D. Cal. Oct. 2, 2020) (deciding that a COVID-19 business interruption claim did not allege direct physical loss and, even if it had, the policy's virus exclusion would bar coverage).

- *Henry's Louisiana Grill, Inc. v. Allied Insurance Company of America*, No. 1:20-cv-02939 (N.D. Ga. Oct. 6, 2020) (granting insurer's motion to dismiss lawsuit seeking coverage for COVID-19-related losses because "the Governor's Executive Order did not create a 'direct physical loss of' the Plaintiffs' dining rooms," and "the Plaintiffs have not pleaded sufficient facts to demonstrate coverage under the Civil Authority provision").

These decisions are attached as Exhibits B-C.

Dated this 7th day of October, 2020.                    Respectfully submitted,


By:   /s/ Sarah D. Gordon
Sarah D. Gordon, Esq. (Va. Bar 72981)
Frank Winston Jr., Esq. (Va. Bar 26433)
Andrew J. Sloniewsky, Esq. (Va. Bar 41108)
Alexandra R. Galdos, Esq. (Va. Bar 92242)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.

                    Washington, D.C. 20036
                    Phone: (202) 429-3000
                    Fax: (202) 429-3902
                    sgordon@steptoe.com
                    fwinston@steptoe.com
                    asloniewsky@steptoe.com
                    agaldos@steptoe.com

*Attorneys for Defendant Twin City Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

On the date given below, I caused the foregoing to be served on the following individual via ECF:

>Christopher L. Lafon, Esq. (Va. Bar 45552)
>The Veritas Law Firm
>1225 19th Street, NW, Suite 320
>Washington, DC 20036
>Phone: (202) 686-7600
>clafon@theveritaslawfirm.com
>
>*Counsel for Plaintiff Barroso, Inc.*
>*dba Guajillo Mexican Cuisine*

Dated this 7th day of October, 2020.

                       /s/ Sarah D. Gordon