# CIVIL MOTION MINUTES
# (via TELECONFERENCE)

Date: 11/10/20                                       Judge: Brinkema
                                                     Reporter:  A. Thomson

Time: 11:58am – 12:22pm


Civil Action Number: 1:20cv632

Barroso, Inc. dba Guajillo Mexican Cuisine vs.   Twin City Fire Insurance Company et al

Appearances of Counsel for        (X) Pltf        (X) Deft

Motion to/for:

#17 Pltf Motion for Partial Summary Judgment *on the Issue of Coverage*

#22 Deft Motion for Summary Judgment by Twin City Fire Insurance Company


Argued &
( ) Granted    ( ) Denied (     ) Granted in part/Denied in part
( ) Held in Abeyance (    ) Taken Under Advisement   ( ) Continued to ( ) Overruled


Commonwealth dismissed from case

#17 denied

#22 granted


( ) Memorandum Opinion to Follow

(X)   Order to follow