\#

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| BARROSO, INC., d/b/a GUAJILLO MEXICAN CUISINE, <br><br> Plaintiff, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE CO., et al <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:20cv632 (LMB/MSN) <br> ) <br> ) <br> ) <br> ) |

**JUDGMENT**

Pursuant to the order of this Court entered on <u>November 10, 2020</u> and in accordance with Fed. R. Civ. P. 58, JUDGMENT is hereby entered in favor of defendant Twin City Fire Insurance Co. and against plaintiff Barroso, Inc., d/b/a Guajillo Mexican Cuisine.

FERNANDO GALINDO, CLERK

By:_____/s/_____
     Y. Guyton, Deputy Clerk

Dated:  11/10/20
Alexandria, Virginia